In the Matter of the Petition of ELMIRA GIBBONS, as Administratrix, ·

etc., of JOHN T. GIBBONS, Deceased, etc., Respondent. JAMES H. MCCABE, as Special Guardian for CONSTANCE D. DOYLE, an Infant, and MARY E. GIBBONS, Appellants.— Decree of the Surrogate's Court of Kings county reversed, so far as it directs the said Mary E. Gibbons to deliver over to the petitioner, as such administratrix, the 100 shares of common stock of the American Hide and Leather Company Certificate No. C3204, and as to that subject the matter is remitted to said court for further hearing and determination, upon the ground that we think that the learned surrogate erred in excluding the testimony of the witness Kaiser as to the conversation between the appellant Mary E. Gibbons and himself when she presented to him the letter of introduction from the decedent; otherwise, decree affirmed, without costs of this appeal. Thomas, Mills, Rich, Putnam and Blackmar, JJ., concurred.